# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLENN W. FORMAN,**<br><br>*Plaintiff,*<br><br>v.<br><br>**FIRST UNUM LIFE INSURANCE COMPANY,**<br><br>*Defendant.* | Case No. 5:19-cv-02756-JDW |

## ORDER

AND NOW, this 29th day of June, 2020, upon consideration of the Motion for Summary Judgment of Defendant First Unum Life Insurance Company (ECF No. 21), and the Motion for Summary Judgment of Plaintiff Glenn Forman (ECF No. 22), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the motions are **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.